IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| UNITED STATES OF AMERICA, | CR 12–19–BU–DLC–JCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ROBERT STUART QUAM, | |
| Defendant. | |

This matter was referred upon consent to United States Magistrate Judge Jeremiah C. Lynch to conduct a final revocation hearing regarding the March 9, 2018 Amended Petition for Warrant or Summons and Order (Doc. 72). Judge Lynch held a final revocation hearing on March 19, 2018, and entered his Findings and Recommendation on March 20, 2018, recommending that Defendant Robert Stuart Quam's supervised release be revoked, Defendant be committed to the custody of the United States Bureau of Prisons for a term of 18 months, and Defendant be required to serve a term of 12 months' supervised release following his term of imprisonment. (Doc. 80 at 3.) On April 3, 2018, Defendant filed a Notice of No Objection and Request for Placement (Doc. 81). As Defendant has indicated that he does not object to Judge Lynch's Findings and Recommendation,

-1-

this Court reviews the Findings and Recommendation for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).

After reviewing for clear error and finding none,

IT IS ORDERED that Judge Lynch's Findings and Recommendation (Doc. 80) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that a Judgment of Revocation in this case will be filed simultaneously with this Order.

DATED this 12th day of April, 2018.

Dana L. Christensen, Chief Judge
United States District Court